| AUSA: | Michael Taylor | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Troy Williams | Telephone: | (313) 737-2686 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dejuan Marnell Edwards

Case No.

Case: 2:25−mj−30486
Assigned To : Unassigned
Assign. Date : 8/1/2025
Description: RE: DEJUAN MARNELL EDWARDS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 8, 2023 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in possession of a firearm |
| 21 U.S.C. § 841 (a)(1) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Troy Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: August 1, 2025

City and state: Detroit, MI

*Judge's signature*

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Troy Williams, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the ATF and have been since March 2022. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have a bachelor's degree in criminal justice.

2. Prior to becoming a Special Agent with the ATF, I was employed with the Detroit Police Department (DPD) for approximately five (5) years as a police officer before becoming a sergeant. During my employment with DPD, I was assigned to multiple specialized units including but not limited to the ATF Task Force as a task force officer (TFO). As an ATF TFO, I've investigated criminal violations relating to firearms, firearms trafficking, criminal street gangs and narcotics both as a case agent and assisting officer.

3. This affidavit is comprised of information to which I have personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather I have set forth only the facts necessary to establish probable cause.

1

4.      The information outlined below is for the limited purpose of establishing probable cause that Dejuan Marnell EDWARDS (DOB:XX/XX/1973) has violated 18 U.S.C. § 922 (g)(1) - possession of a firearm by a convicted felon and 21 U.S.C. § 841 (a)(1) - distribution of controlled substance.

## PROBABLE CAUSE

5.      On December 5, 2023, United States Magistrate Judge Elizabeth A. Stafford authorized a federal search warrant for 19231 Helen Street, Detroit, MI (Helen Residence).

6.      On December 8, 2023, at approximately 8:58 am, ATF along with additional law enforcement agencies executed the aforementioned federal search warrant at the Helen Residence. Upon arrival, I knocked and announced at the rear door of the residence. While doing so, ATF Task Force Officer (TFO) James Reeves observed EDWARDS open the front door and immediately close the door. After waiting a reasonable amount of time with no response at the rear door, agents forced entry into the residence and encountered EDWARDS in the living room. EDWARDS was subsequently detained, and the residence was searched pursuant to the search warrant for the Helen Residence.

7.      During the search of the Helen Residence, agents and law enforcement personnel located the following items inside of a bedroom, that was later identified as EDWARD's bedroom (all items seized are not included here):

- One (1) stolen Beretta, Pietro, .32 caliber pistol bearing serial number E60875W loaded with one (1) round of ammunition in the chamber and six (6) rounds in the magazine.
- Two (2) plastic vacuumed sealed plastic bags, that contained approximately 232.92 gross grams of heroin, that was later tested by the Oakland County Lab and revealed the presence of heroin and fentanyl.
- Three (3) plastic bags, that contained approximately 149.01 gross grams of cocaine, that was later tested by the Oakland County Lab and revealed the presence of cocaine.

8. Also recovered during the search of the Helen Residence, agents located the following items from the Kitchen area:

- One (1) black digital scale with suspected narcotics residue.
- 18.7 grams of an unknown white powder susbstance.
- One (1) black and red press machine and one (1) black floor jack (common items used for the packaging of narcotics for redistribution).

9. On December 8, 2023, Special Agent Kimberly Dent and I interviewed EDWARDS at the Helen Residence. During the post-*Miranda* interview, EDWARDS waived his rights and stated that he has been renting at the Helen

3

Residence since approximately August of 2023 and that he pays four hundred (400) dollars a month to Jermaine BROWN through Walmart mail. In addition, EDWARDS stated that the black and white jacket in the closet, with the narcotics inside of the pockets belongs to him (EDWARDS) and he admitted to possessing the narcotics. EDWARDS also stated that he received the Beretta, Pietro, .32 caliber pistol bearing serial number E60875W, approximately four (4) to five (5) years ago for protection and he test fired the firearm to make sure that it functioned. EDWARDS also acknowledged that he is a convicted felon and cannot possess firearms.

10. On January 5, 2024, Special Agent Kimberly Dent and Special Agent Kevin Rambus interviewed EDWARDS at the Detroit Field Division. During the post-*Miranda* interview, EDWARDS waived his rights and stated that he sold heroin for an individual known to him as "Juan" approximately five (5) years ago. In addition, EDWARDS stated that he gave BROWN approximately one hundred (100) grams of heroin approximately six (6) or seven (7) months ago.

11. Based on my training, experience, and knowledge gained during this investigation, including the disparate packaging of controlled substances, the presence of drug processing equipment, and the amounts of heroin, fentanyl, and cocaine that EDWARDS possessed that far exceeds the amount that would be for an individual's use, along with EDWARDS' statements, there is probable cause that

EDWARDS possessed the above-described controlled substances with the intent to distribute them.

12. On February 12, 2024, ATF Special Agent and firearms interstate nexus expert Kevin Rambus examined the seized Beretta, Pietro, .32 caliber pistol bearing serial number E60875W. Special Agent Rambus determined that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

13. I reviewed a computerized criminal history (CCH), which shows that on November 1, 1993, EDWARDS was convicted in the 3rd Circuit Court for Wayne County, Michigan for three (3) counts of Second-Degree Murder; three (3) counts of felony Assault with Intent to Murder; and one (1) count of Felony Firearm. On November 1, 1993, EDWARDS was sentenced to serve 20 to 40 years in the Michigan Department of Corrections for the murder convictions. As a result, because EDWARDS served more than one (1) year in prison, at the time he possessed the firearm on December 8, 2023, he knew he had previously been convicted of an offense punishable by more than one year of imprisonment.

## CONCLUSION

14. Probable cause exists that Dejuan EDWARDS knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed a Beretta, Pietro, .32 caliber

5

pistol bearing serial number E60875W, which travelled in or affected interstate commerce in violation of 18 U.S.C. § 922(g)(1) and knowingly possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1). These violations occurred on or about December 8, 2023, in the city of Detroit, in the County of Wayne, in the Eastern District of Michigan.

                                        Respectfully submitted,

                                        Troy Williams
                                        ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge
Dated: August 1, 2025